UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

AMANDA BETH RHODES,

    Plaintiff,

v.                                    CIVIL ACTION NO. 5:23-cv-781

MARTIN O'MALLEY,
Commissioner of the
Social Security Administration,

    Defendant.

## ORDER

Pending is Plaintiff Amanda Rhodes' Motion to Remand and Reverse the decision of the Commissioner of Social Security denying her claims for disability insurance benefits [Doc. 4], filed February 26, 2024. Also pending is Defendant Martin O'Malley's request to affirm the decision of the Commissioner [Doc. 5], filed March 19, 2024. This action was previously referred to the Honorable Joseph K. Reeder, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Reeder filed his PF&R on October 22, 2024. Magistrate Judge Reeder recommended that the Court dismiss the case with prejudice and remove this matter from the Court's docket.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis

added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on November 5, 2024. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 8**], **GRANTS** Plaintiff's Motion to Remand [**Doc. 4**], **DENIES** Defendant's Request to Affirm [**Doc. 5**], **REVERSES** and **REMANDS** the final decision of the Commissioner, and **DISMISSES** the case **WITH PREJUDICE**.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: November 12, 2024

Frank W. Volk
Chief United States District Judge